

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-24-2005

# Ogundipe v. Secretary Homeland

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-4859

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Ogundipe v. Secretary Homeland" (2005). *2005 Decisions*. Paper 656.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/656

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-4859

_____

LANRE OGUNDIPE,

Appellant

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY;
KENNETH MCELROY; U.S. IMMIGRATION AND NATURALIZATION
SERVICE, PHILADELPHIA DISTRICT

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 01-cv-04261)
District Judge: Honorable Anita B. Brody

_____

Submitted Under Third Circuit LAR 34.1(a)
June 6, 2005

Before: AMBRO, STAPLETON and ALARCÓN[*], Circuit Judges

(Opinion filed July 13, 2005)

**ORDER  AMENDING  OPINION**

AMBRO, *Circuit Judge*

        IT IS NOW ORDERED that the not precedential Opinion in the above case

_____

        [*]Honorable Arthur L. Alarcón, Senior United States Circuit Judge for the Ninth
Circuit Court of Appeals, sitting by designation.

filed July 13, 2005, be amended as follows:

At the bottom of page 3 and carrying over to page 4, delete the entire paragraph beginning "Because of the Court's action, . . . (codified at 8 U.S.C. § 1231 ("CAT")."

On page 6, 10th line, replace "BIA" with "INS".

By the Court,


/s/ Thomas L. Ambro
Circuit Judge


Dated: August 24, 2005
PAR/dmm/cc: Joseph C. Hohenstein, Esq.
           Susan R. Becker, Esq.